## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-23307-KMW

Plaintiff:
**MICHAEL SCHUETZ as parent and natural Guardian of S.S., a minor**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Nicolas H. Lipcon

Received by DLE Process Servers, Inc on the 6th day of August, 2025 at 10:22 am to be served on **NCL (BAHAMAS) LTD. Daniel S. Farkas, Esq., as Registered Agent, 7665 Corporate Center Drive, Miami, FL 33126**.

I, Aldo Arocha, do hereby affirm that on the **7th day of August, 2025** at **12:52 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand For Jury Trial.** with the date and hour of service endorsed thereon by me, to: **Malena Delgado** as **Front Desk** for **NCL (BAHAMAS) LTD.**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Aldo Arocha**
ID 3320

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
**(786) 220-9705**

Our Job Serial Number: DLE-2025042518